IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE<br>LINDA FAYE PANGLE<br><br><br><br>Debtor<br><br>AMERICAN CREDIT ACCEPTANCE<br><br>Movant<br><br>LINDA FAYE PANGLE<br><br><br><br>Debtor<br><br>MARY IDA TOWNSON<br><br>Respondents. | CHAPTER 13<br><br>CASE NO. 16-41590 |

## TRANSFER OF CLAIM

American Credit Acceptance (the "Transferee"), does hereby give notice to the Court pursuant to Rule 3001, that it has accepted assignment, sale, and transfer of all right, title, and interest in and to the above referenced claim from Capital One Auto Finance (the "Transferor").

Transferee hereby requests to be substituted for the Transferor as the recorded holder of the bankruptcy claim, listed in official Court records as Claim No. 1 filed by creditor Capital One Auto Finance On July 26, 2016. Transferee further requests that it be added to the mailing matrix

in the above case pursuant to Bankruptcy Rule 2002, so as to receive copies of all notices and

pleadings sent to

creditors or other parties of interest.

Please direct all future payments and correspondence as follows:

>American Credit Acceptance
>961 E. Main Street
>Spartanburg, SC 29302

This 13th day of August, 2018.

>The Law Office of
>LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
>Attorney for the Transferor

>Signature: /s/ PHILIP L. RUBIN.
>Philip L. Rubin
>GA Bar #618525
>LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
>5555 Glenridge Connector Suite 900
>Atlanta, Georgia 30342
>(404)869-6900
>(404)869-6909 (fax)
>Attorneys for AMERICAN CREDIT ACCEPTANCE

## CERTIFICATE OF SERVICE

The undersigned, Philip L. Rubin, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served a copy of the TRANSFER OF CLAIM on the following by depositing same in the United States Mail in properly addressed envelopes with adequate postage to:

Linda Faye Pangle
2808 Waring Road NW
Dalton, GA 30721


Robert Scott Rickman
Suite 200
1755 North Brown Road
Lwrenceville, GA 30043


Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street
Atlanta, GA 30303

This  13th   day of   August , 2018.

The Law Office of
LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
Attorney for the Transferor

Signature:/s/ PHIIP L. RUBIN.
 Philip L. Rubin
GA Bar #618525
LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
5555 Glenridge Connector Suite 900
Atlanta, GA 30342
 404-869-6900