UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:                                                     }          CHAPTER 13
LINDA FAYE PANGLE                              }          CASE NO. R16-41590-PWB
    DEBTOR(S)                                   }          JUDGE BONAPFEL

## MOTION TO CONVERT THIS CASE TO ONE UNDER CHAPTER 7

COMES NOW, Mary Ida Townson, Standing Chapter 13 Trustee in the above-styled matter, and files this Motion to Convert this Case to One Under Chapter 7, respectfully showing the Court as follows:

1.

The Debtor filed for relief under Chapter 13 of Title 11 on July 8, 2016. The plan was confirmed by the Court on September 9, 2016. The Debtor's plan proposes to cure a default on real estate mortgage and to pay secured, priority and general unsecured creditors a one hundred percent (100%) dividend based upon the equity in real property.

2.

The Debtor's schedules show real estate located at 1807 Malone Drive, Dalton, Georgia with a fair market value of $20,093.00 with no debt load, thus showing a significant amount of equity in this property. The Debtor has claims filed in the Chapter 13 case by general unsecured creditors with a remaining balance of $12,298.82. The equity in said property appears to be sufficient to pay a substantial dividend to unsecured creditors and for the Debtor to retain her exemption.

Mary Ida Townson, Chapter 13 Trustee
Suite 1600 – 285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
(404) 525-1110
brandik@atlch13tt.com

3.

The Debtor has failed to comply with this Court's Order requiring regular monthly payments to the Trustee. The Debtor should have paid $16,770.00. The Debtor has paid a total of $13,740.54, causing a delinquency of $3,029.46.

4.

The Trustee respectfully requests that the Court waive the filing fee for the filing of this Motion; or, in the alternative, that the Court defer the payment of said fee until such time as this Motion is granted and if there are funds available in the case at that time.

WHEREFORE, the Trustee requests that this Chapter 13 case be converted to one under Chapter 7 pursuant to 11 U.S.C. Section 1307(c)(6) to allow a Chapter 7 Trustee to liquidate the subject property and to pay all creditors with a filed and allowed claim, and for any other relief that may be just and proper.

Respectfully submitted this 21st day of October, 2019.

_____/s/_____
Brandi L. Kirkland
Attorney for the Chapter 13 Trustee
GA Bar No. 423627

Mary Ida Townson, Chapter 13 Trustee
Suite 1600 – 285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
(404) 525-1110
brandik@atlch13tt.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| LINDA FAYE PANGLE | } | CASE NO. R16-41590-PWB |
| DEBTOR(S) | } | JUDGE BONAPFEL |

### NOTICE OF HEARING ON MOTION TO CONVERT TO CHAPTER 7 CASE

**PLEASE TAKE NOTICE** that Mary Ida Townson, Standing Chapter 13 Trustee, has filed a Motion to Convert and related papers with the Court seeking an Order Converting the above-referenced Chapter 13 case.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **November 25, 2019** at **10:00 a.m.** in **Courtroom 342, United States Courthouse, 600 East First Street, Rome, GA 30161**.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is **Clerk, U.S. Bankruptcy Court, Room 339, 600 East First Street, Rome, Georgia 30161**. You must also mail a copy of your response to the undersigned at the address stated below.

/s/
Brandi L. Kirkland
Attorney for the Chapter 13 Trustee
GA Bar No. 423627

Mary Ida Townson, Chapter 13 Trustee
Suite 1600 – 285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
(404) 525-1110
brandik@atlch13tt.com

R166-41590-PWB

## CERTIFICATE OF SERVICE

I, Brandi L. Kirkland, certify that I am over the age of 18 and that on this day, I caused a copy of the foregoing Motion to Convert to be served via first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

> Linda Faye Pangle
> 2808 Waring Rd, NW
> Dalton, GA 30721-7878

I, Brandi L. Kirkland, certify that I am over the age of 18 and that on this day, I electronically filed the foregoing Motion to Convert using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

> Seager & Associates, LLC

Dated: October 21, 2019

_____/s/_____
Brandi L. Kirkland
Attorney for the Chapter 13 Trustee
Georgia Bar Number 423627
285 Peachtree Center Avenue, Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
brandik@atlch13tt.com

Mary Ida Townson, Chapter 13 Trustee
Suite 1600 – 285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
(404) 525-1110
brandik@atlch13tt.com