UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | ALL PENDING CHAPTER 13 CASES |
| NOTICE OF APPOINTMENT OF ) | ASSIGNED TO TRUSTEE N. WHALEY, |
| K. EDWARD SAFIR, ) | INTERIM SUCCESSOR TRUSTEE[1] |
| STANDING CHAPTER 13 TRUSTEE ) | |

## UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT
## OF CHAPTER 13 STANDING TRUSTEE

NOTICE IS HEREBY GIVEN THAT:

1. Pursuant to 28 U.S.C. § 586(b), the United States Trustee has appointed K. Edward Safir as a Chapter 13 Standing Trustee for the Northern District of Georgia ("Trustee Safir"), effective October 1, 2021.

2. Pursuant to 28 U.S.C. § 586(b) and 11 U.S.C. § 1302, effective October 1, 2021, Trustee Safir will be appointed as Chapter 13 Standing Trustee in all open chapter 13 cases assigned to N. Whaley, Interim Successor Chapter 13 Trustee ("Trustee N. Whaley").

3. Pursuant to 28 U.S.C. § 586(b) and 11 U.S.C. § 1302, the United States Trustee will transfer and assign all of Trustee N. Whaley's open chapter 13 cases to Trustee Safir, effective October 1, 2021. Trustee Safir's address is:

    K. Edward Safir, Chapter 13 Trustee
    Northern District of Georgia
    285 Peachtree Center Ave., NE
    Suite 1600
    Atlanta, GA  30303
    Telephone number: 404-525-1110
    Email: info@atlch13tt.com

---

[1] Effective June 13, 2021, Mary Ida Townson resigned as a Chapter 13 Standing Trustee for the Northern District of Georgia and the United States Trustee appointed N. Whaley to serve as the Interim Successor Chapter 13 Trustee for bankruptcy cases previously administered by Mary Ida Townson.

4. The bond for K. Edward Safir, Chapter 13 Standing Trustee, is fixed under the general blanket bond heretofore authorized by the United States Trustee pursuant to 11 U.S.C. § 322 and Fed.R.Bankr.P. 2010(a).

5. Pursuant to Fed.R.Bankr.P. 2012(b), Trustee Safir, as the successor Chapter 13 Standing Trustee for cases assigned to Trustee N. Whaley, shall prepare, file, and transmit to the Court and the United States Trustee, a separate accounting of the prior administration of each of Trustee N. Whaley's chapter 13 cases within thirty (30) days of the effective date of the transfer of each case.

NANCY J. GARGULA[2]
Conflicts United States Trustee, Region 21

*/s/ Jeneane Treace*
R. Jeneane Treace
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 3030
(404) 331-4437
jeneane.treace@usdoj.gov

---

[2] Nancy J. Gargula, United States Trustee for Region 10 and Conflicts United States Trustee for Region 21, is filing this Notice because Mary Ida Townson, United States Trustee for Region 21, is recused from this matter.